# Court of Appeals
# of the State of Georgia

ATLANTA,  October 20, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0513. PAMELA STEWART v. MY RENTALS, LLC et al.

This case began as a dispossessory proceeding in magistrate court. The magistrate court found against Pamela Stewart[1] and issued a writ of possession in favor of My Rentals, LLC. Stewart then filed a petition for review to the superior court. After a hearing, the superior court granted My Rentals's motion for summary judgment and issued a writ of possession. Stewart filed a direct appeal, which this Court dismissed for her failure to follow the discretionary appeals procedure. See Case No. A26A0100 (Aug. 11, 2025). Stewart then filed an application for discretionary appeal, which this Court dismissed as untimely. See Case No. A26D0045 (Sept. 4, 2025). The superior court subsequently entered an order granting My Rentals a writ of possession. Stewart filed a timely notice of appeal. We, however, lack jurisdiction.

This Court previously informed Stewart that appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

---

[1] She is often referred to as Pamela Williams in the record.

Because this case started in magistrate court and involves a petition for superior court review, Stewart was required to file an application for discretionary review. See *Bullock*, 260 Ga. App. at 875. Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 10/20/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*